ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 23 PM 12: 57

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| ALBERT L. JEFFCOAT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 605-111 |
| | ) |
| JUDGE JOHN TURNER, RICHARD | ) |
| MALLARD, District Attorney; KEITH | ) |
| MCINTYRE, Assistant District Attorney; | ) |
| | ) |
| Respondents. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Accordingly, this action is **DISMISSED** without prejudice. Likewise, all pending motions are **DENIED** as **MOOT**.

SO ORDERED this 23 day of January, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT